# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ERICA KENADIE COBBIN-RICHARDSON,

    Plaintiff(s),

v.

WORKFORCE CONNECTIONS,

    Defendant(s).

Case No.: 2:20-cv-02278-JCM-NJK

**Order**

[Docket No. 10]

Pending before the Court is the parties' proposed discovery plan, in which they indicate that they will be participating in an early neutral evaluation but are awaiting its scheduling. Docket No. 10 at 3. As this case has not been assigned to the ENE program, the Court construes the parties' statement as a notice pursuant to Local Rule 16-6(b).[1] Accordingly, the Clerk's Office is **INSTRUCTED** to assign this case to the ENE program.

IT IS SO ORDERED.

Dated: February 18, 2021

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] In the future, counsel should file a notice for inclusion in the ENE program pursuant to Local Rule 16-6(b).

1