DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:     djb@mgalaw.com

*Attorneys for Plaintiff Erica Kenadie Cobbin-Richardson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA KENADIE COBBIN-RICHARDSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WORKFORCE CONNECTIONS, Southern Nevada's Local Workforce Development Board and a domestic nonprofit corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02278-JCM-NJK<br><br>**ORDER TO CONTINUE THE HEARING SET FOR DECEMBER 3, 2021 ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT** |

Pursuant to LR 7-1, the parties, by and through their respective counsel of record, hereby stipulate and request that the Court continue the hearing set for December 3, 2021 on Plaintiff's motion to enforce settlement.

On November 22, 2021, this Court issued an order setting an in-person hearing on Plaintiff's motion to enforce settlement [ECF No. 23] for Friday, December 3, 2021, at 1:30 p.m.  Since then, over the Thanksgiving weekend, there has been a death in Plaintiff's counsel's immediate family, and the funeral has been set for Friday, December 3, 2021 at 1:00 p.m.  As such, the parties are requesting that the Court continue the hearing on Plaintiff's motion to enforce settlement to another date and time convenient for the Court. Plaintiff's counsel is willing to provide additional information or documetnation if necessary to substantiate this request.  This request is not made for any purposes of

1

delay.

WHEREFORE, the parties respectfully request that the Court continue the in-person hearing on Plaintiff's motion to enforce settlement in accordance with this stipulation.

DATED this 30th day of November, 2021.                    DATED this 30th day of November, 2021.

**MAIER GUTIERREZ & ASSOCIATES**                         **HUTCHISON & STEFFEN, PLLC**


 /s/ Danielle J. Barraza                                   /s/ Piers R. Tueller
DANIELLE J. BARRAZA, ESQ.                                JOHN T. STEFFEN, ESQ.
Nevada Bar No. 13822                                      Nevada Bar No. 4390
8816 Spanish Ridge Avenue                                 JASON D. GUINASSO, ESQ.
Las Vegas, Nevada 89148                                   Nevada Bar No. 8478
*Attorneys for Plaintiff Erica Kenadie*                   PIERS R. TUELLER, ESQ.
*Cobbin-Richardson*                                       Nevada Bar No. 14633
                                                          10080 West Alta Drive, Suite 200
                                                          Las Vegas, Nevada 89145
                                                          *Attorneys for Defendant Workforce Connections*

### ORDER

The parties' stipulation, Docket No. 27, is GRANTED. The hearing on Plaintiff's motion to enforce settlement is CONTINUED to December 7, 2021, at 10:00 a.m., in Courtroom 3C. All other requirements set forth in the Court's order at Docket No. 26 remain in place for the continued hearing.

IT IS SO ORDERED.

DATED: November 30, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE