**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERICA KENADIE COBBIN-RICHARDSON, | Case No. 2:20-cv-02278-JCM-NJK |
|     Plaintiff, | **Order** |
| v. | |
| WORKFORCE CONNECTIONS, | |
|     Defendant. | |

       Pending before the Court is Plaintiff's motion to enforce settlement.  Docket No. 23.  On November 22, 2021, the Court set a hearing on the matter for December 3, 2021.  Docket No. 26.  On November 30, 2021, the parties stipulated to continue the hearing.  Docket No. 27.  The Court granted the parties' request and continued the hearing to December 7, 2021, at 10:00 a.m.  Docket No. 28.  Plaintiff's counsel appeared for the hearing; however, Defendant's counsel did not appear in court.

       The Court hereby **CONTINUES** the hearing to December 9, 2021, at 1:30 p.m., in Courtroom 3C.  Defendant's counsel must be present in court for the hearing.

       IT IS SO ORDERED.

       Dated: December 7, 2021

                                           Nancy J. Koppe
                                         United States Magistrate Judge

1